UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERROD L. HERNDON, | No. 2:15-cv-2415 KJM AC P |
| Plaintiff, | |
| v. | ORDER |
| RIO CONSUMNES CORRECTIONAL CENTER, | |
| Defendant. | |

Plaintiff, a state prisoner proceeding pro se, has submitted a document in which he states the following: "['Has no further argument']. 'suspend judgment to further information. Case closed. please thank you." ECF No. 7 (brackets in original). It appears that plaintiff may be seeking to voluntarily dismiss his case. However, because it is not clear, plaintiff will be required to clarify for the court whether he is actually trying to voluntarily dismiss his case.

Accordingly, IT IS HEREBY ORDERED that within twenty-one days of the filing of this order, plaintiff must file a notice clarifying whether he is seeking to voluntarily dismiss his case or whether he is seeking some other kind of relief. If plaintiff does not file the required notice,

////

////

////

1  the court will construe plaintiff's silence as confirmation that he intended to voluntarily dismiss
2  the case and the case will be dismissed.
3  DATED: January 4, 2016

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE